UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

Jay Garcia
1506 45th Street Apt 2
North Bergen, New Jersey
07047
201-888-5328

In Re:
[Enter the debtor's name(s)]

Cecilia Stevanoski

Case No.: 25-22735-VFP
[Enter the case number]

Chapter: 7
[Enter the chapter; example: 13]

Hearing Date: 04-21-2026
[Enter the hearing date]

Judge: Papalia
[Enter the Judge's last name]

## NOTICE OF MOTION TO

[Enter the relief sought] order to conceal personal information from Public access.

[Enter your name] Jay Garcia has filed papers with the court to [Enter the relief sought] _____

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 04/21/2026
[Enter the date of the hearing]

Hearing Time: 10:00 AM
[Enter the time of the hearing]

Hearing Location: Martin Luther King Jr.
[Enter the location of the hearing]
50 Walnut Street
Newar, NJ 07102

Courtroom Number: 3 B
[Enter the courtroom number]

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: ___04/15/2026___
*[Enter the date this document is signed]*

Signature _____
Signature *[Of the party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Jay Garcia
1506 H5Th Street APt 2
North Bergen, NJ 07047
201-888-5328

In Re:
*[Enter the debtor's name(s)]*

CECILIA STEVANOSKI

Case No.: 25-22735-VFP
*[Enter the case number]*

Chapter: 7
*[Enter the chapter]*

Hearing Date: 04-21-2026
*[Enter the hearing date]*

Judge: Papalia
*[Enter the judge's last name]*

**CERTIFICATION OF** Jay Garcia
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]*
Jay Garcia , *[Enter their relationship to the case. For
example: debtor, creditor]* Creditor in the above captioned case, submits this
Certification in support of the Motion for *[Enter title of motion]* for accep Plaintiff's
opposition filed by me on *[Enter the date the motion was
filed]* .

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a
separate numbered paragraph.]* _____

_____

_____

_____

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

I certify under penalty of perjury that the above is true.

Date: 04/15/2026
*[Enter the date this document is signed]*

Signature
*[Of the party with actual knowledge of the facts set forth above]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

*Jay Garcia*
*1506 45th Street Apt 2*
*North Bergen, NJ 07047*
*201-888-5328*

Case No.: **25-22735-VFP**

Chapter:  **7**

Hearing Date: **April 21, 2026**

Judge:  **Papalia**



In Re:
*[Enter the debtor's name(s)]*

*CECILIA STEVANOSKI*

---

**CERTIFICATION OF**  *Jay Garcia*   *[Enter the name of the person that has*
*personal knowledge of the facts set forth below]*

I, *Jay Garcia, creditor in the above captioned case, submit this Certification in support of the Motion for Accept Plaintiffs' Opposition to Motion to Dismiss and for Related Relief filed by me on 04/13/2026.*

1.  *Defendant admitted under oath in her bankruptcy schedules that she owes Plaintiffs approximately $150,000, while the total amount owed exceeds $350,000, of which approximately $132,000 has been repaid.*

2. **Plaintiffs transferred substantial funds to Defendant through promissory notes, mortgage agreements, wire transfers, and checks in reliance upon Defendant's representations regarding real estate investments and repayment.**

3. **The transactions involved multiple properties, including 24 Tamboer Ave, Clifton, NJ; 315 56th St Apt B3, West New York, NJ; 603 N Weaver St, Gainesville, TX; 7907 Kennedy Blvd, North Bergen, NJ; and 41 Scenic Dr, Hardyston, NJ.**

4. *Upon information and belief, Defendant failed to disclose creditors including Floria Zambrano Ventahar, transferred funds to insiders including Cecilia Ponce and Jhonny Enrique Villamarin Ponce, and failed to disclose complete financial records, business entities, and related accounts.*

5. **Plaintiffs respectfully request that the Court accept and consider the Opposition to Motion to Dismiss and grant such other relief as the Court deems just and proper.**

I certify under penalty of perjury that the above is true.

Date: **04/13/2026**_____ _____ *[Enter the*
         *date this document is signed]* Signature
*[Of the party with actual knowledge of the  facts set forth above]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

*Jay Garcia*
*1506 45th Street Apt 2*
*North Bergen, New Jersey, 07047*
*201-888-5328*

Case No.: **25-22735-VFP**

Chapter: **7**

Hearing Date: **April 21, 2026**

Judge: **Papalia**

In Re:
*[Enter the debtor's name(s)]*

*CECILIA STEVANOSKI*

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

3. I certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

Date: **04/15/2026**_____ *[Enter the*

*date you signed this document]* Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br>**Mario Blanch, Esq.**<br>**Blanch Legal**<br>**440 65th Street**<br>**West New York, NJ 07093** | *[Enter the party's relationship to the case]*<br>***Counsel for***<br>***Defendant*** | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>X☐ Other **Email**<br><br>(As authorized by the court or rule. Cite the rule if applicable.) |

| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | Mode of Service |
|---|---|---|
| **Ilissa Churgin Hook, Esq.**<br><br>**Chapter 7 Trustee**<br><br>**Norgaard O'Boyle &**<br><br>**Hannon**<br><br>**184 Grand Avenue**<br><br>**Englewood, NJ 07631** | *Trustee* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>X☐ Other **Email_**<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|

| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|

| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|---|---|---|
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.: **25-22735-VFP**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

**Chapter: 7**

**Hearing Date: April 21, 2026**

**Judge: Papalia**

*Jay Garcia*
*1506 45th Street Apt 2*
*North Bergen, New Jersey, 07047*
*201-888-5328*

In Re:
*[Enter the debtor's name(s)]*

*CECILIA STEVANOSKI*

---

## ORDER GRANTING _ACCEPT PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND FOR RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* **2** is **ORDERED**.

*[Leave the rest of this page blank]*
The Court having reviewed the movant's *[Enter the title of the motion]*_____

_____, and any related responses or objections, it is

hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* **Plaintiffs' Motion is GRANTED.**_____

_____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* ___ **Plaintiffs' Opposition to Defendant's Motion to Dismiss is accepted for filing**

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _**The Court shall consider Plaintiffs' Opposition in connection with Defendant's Motion to Dismiss.**

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _ **Such other and further relief as the Court deems just and proper is granted.**

*HON. VINCENT F. PAPALIA*

*UNITED STATES BANKRUPTCY JUDGE*

# NOTICE OF MOTION TO ACCEPT PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND FOR RELATED RELIEF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Jay Garcia
1506 45th Street, Apt. 2
North Bergen, NJ 07047
201-888-5328

In Re: Cecilia Stevanoski
Case No.: 25-22735-VFP   Chapter: 7
Hearing Date: April 21, 2026   Judge: Papalia

Jay Garcia and Anddy J. Garcia move to accept Plaintiffs' Opposition to Defendant's Motion to Dismiss, consider the Opposition on the merits, deny Defendant's Motion to Dismiss, and grant such other relief as the Court deems just and proper.

Hearing Time: 10:00 AM
Location: 50 Walnut Street, Newark, NJ 07102
Courtroom: 3B

Served upon Mario Blanch, Esq.; and Ilissa Churgin Hook, Esq.

Date: 04/13/2026

_____
Jay Garcia

# CERTIFICATION IN SUPPORT OF MOTION

1. Defendant admitted under oath in bankruptcy schedules owing Plaintiffs approximately $150,000, while more than $350,000 is owed and approximately $132,000 was repaid.

2. Plaintiffs transferred substantial funds through promissory notes, mortgage agreements, wire transfers, and checks.

3. Transactions involved: 24 Tamboer Ave, Clifton, NJ; 315 56th St Apt B3, West New York, NJ; 603 N Weaver St, Gainesville, TX; 7907 Kennedy Blvd, North Bergen, NJ; 41 Scenic Dr, Hardyston, NJ.

4. Upon information and belief, Defendant failed to disclose creditors including Floria Zambrano Ventahar, transferred funds to insiders including Cecilia Ponce and Jhonny Enrique Villamarin Ponce, and failed to disclose complete financial records and entities.

5. Plaintiffs request the Court accept and consider the Opposition and deny the Motion to Dismiss.

I certify under penalty of perjury the foregoing is true.

Date: 04/13/2026

Jay Garcia

# STATEMENT AS TO WHY NO BRIEF IS NECESSARY

No brief is necessary because this motion seeks procedural relief and does not involve complex issues of law beyond those addressed in Plaintiffs' Opposition.

Date: 04/13/2026

Jay Garcia

# CERTIFICATION OF SERVICE

On 04/13/2026, I served the Notice of Motion, Certification, Statement, Proposed Order, and Opposition upon Mario Blanch, Esq. and Ilissa Churgin Hook, Esq. by regular mail and/or email.

Jay Garcia

# PROPOSED ORDER

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs' Opposition is accepted for filing.

3. The Court shall consider Plaintiffs' Opposition in connection with Defendant's Motion to Dismiss.

_____
HON. VINCENT F. PAPALIA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (NEWARK VICINAGE)**

**In re:**
CECILIA STEVANOSKI,
Debtor

**Case No.:** 25-22735-VFP (Chapter 7)

**JAY GARCIA and ANDDY J. GARCIA,**
Plaintiffs,

v.

**CECILIA STEVANOSKI,**
Defendant/Debtor

**Adversary Proceeding No.:** 26-01111

# PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

## PRELIMINARY STATEMENT

Plaintiffs Jay Garcia and Anddy J. Garcia, proceeding pro se, respectfully oppose Defendant's Motion to Dismiss.

Defendant admits under oath in her bankruptcy schedules that she owes Plaintiffs approximately **$150,000**, while the total amount owed exceeds **$350,000**, of which only approximately **$132,000** has been repaid.

This adversary proceeding seeks a determination that the debt is **non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A)** due to fraud, and that Defendant's conduct warrants denial of discharge under **11 U.S.C. § 727**.

At minimum, Plaintiffs have alleged detailed facts and provided documentary evidence sufficient to proceed beyond the pleading stage.

---

# FACTUAL BACKGROUND

1. Between 2023 and 2025, Defendant solicited funds from Plaintiffs for real estate transactions and related business purposes.
2. Defendant represented that such funds would be used for legitimate real estate investments and that Plaintiffs would be repaid.
3. In reliance on these representations, Plaintiffs transferred substantial funds to Defendant through:
   - Promissory notes and mortgage agreements
   - Wire transfers
   - Checks
4. These transactions involved multiple properties, including:
   - 24 Tamboer Ave, Clifton, NJ
   - 315 56th St Apt B3, West New York, NJ
   - 603 N Weaver St, Gainesville, TX
   - 7907 Kennedy Blvd, North Bergen, NJ
   - 41 Scenic Dr, Hardyston, NJ
5. Defendant failed to repay the funds as agreed and misused the funds, causing significant financial loss to Plaintiffs.

---

# ADDITIONAL FACTS SUPPORTING FRAUD AND NON-DISCLOSURE

6. Defendant's bankruptcy schedules are incomplete and inaccurate.
7. Upon information and belief, Defendant failed to disclose creditors, including **Floria Zambrano Ventahar**, and potentially others.
8. Defendant has engaged in transfers of funds to insiders, including:
   - **Cecilia Ponce**
   - **Jhonny Enrique Villamarin Ponce**
9. Defendant has failed to provide or disclose key financial records, including:
   - Tax returns (2022–2025)
   - Bank account records (personal and business)
   - Closing statements for properties sold
   - Business ownership and LLC records
10. Upon information and belief, Defendant has structured or transferred assets through business entities and accounts to place them beyond the reach of creditors.

11. Additionally, upon information and belief, Defendant previously submitted financial information to federal authorities, including filings with the United States Department of Homeland Security, reflecting income and assets that appear inconsistent with her bankruptcy disclosures.
12. These inconsistencies raise serious concerns regarding the accuracy of Defendant's sworn statements in this proceeding.

---

# LEGAL ARGUMENT

## I. THE MOTION TO DISMISS SHOULD BE DENIED

To survive a motion to dismiss, Plaintiffs need only state a plausible claim. Plaintiffs have done so by alleging specific transactions, identifying properties, and providing documentary support including promissory notes, mortgage agreements, and financial transfers.

Dismissal at this stage would be improper.

---

## II. FRAUD IS SUFFICIENTLY PLED (11 U.S.C. § 523(a)(2)(A))

Plaintiffs have alleged:

- False representations by Defendant
- Intent to induce reliance
- Actual reliance through monetary transfers
- Resulting damages

These allegations satisfy the requirements of Rule 9(b) and support a claim for non-dischargeability.

---

## III. DEFENDANT'S CONDUCT SUPPORTS DENIAL OF DISCHARGE (11 U.S.C. § 727)

Defendant's conduct—including:

- Failure to disclose creditors
- Transfers to insiders
- Failure to disclose financial records
- Inconsistent financial representations

supports denial of discharge and warrants further investigation through discovery.

## IV. ALTERNATIVE RELIEF

If the Court determines that additional specificity is required, Plaintiffs respectfully request leave to amend their complaint.

# CONCLUSION

WHEREFORE, Plaintiffs respectfully request that this Court:

1. **DENY Defendant's Motion to Dismiss;**
2. Permit this matter to proceed to discovery and determination on the merits; and
3. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

**Jay Garcia**
**Anddy J. Garcia**
(Pro Se Plaintiffs)

1506 45th Street, Apt. 2
North Bergen, NJ 07047
RealtorJayGarcia@gmail.com
201-888-5328

**Dated:**    04/13/2026

# CERTIFICATION OF SERVICE

I certify that a copy of this Opposition was served upon all counsel of record.

**Jay Garcia**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: **04/13/2026**_____

*[Enter date this document is signed]* Signature *[Of party seeking relief]*

_____

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY | Case No.: **25-22735-VFP** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Chapter: **7** |
| *Jay Garcia* | Hearing **Date: April 21, 2026** |
| *1506 45th Street Apt 2* | Judge: **Papalia** |
| *North Bergen, New Jersey 07047* | |
| *201-888-5328* | |

In Re:
*[Enter the debtor's name(s)]*

**CECILIA STEVANOSKI**

## CERTIFICATION OF SERVICE

1. I, Jay Garcia

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   x☐ **am the Creditor  in this case and am representing myself.**

2. On *[Enter the date you served the documents]* **04/13/2026**, I sent a copy of the  following pleadings

and/or documents to the parties listed in the chart below. *[Place a check next to each document you served]*

x☐ Notice of Motion *Accept Plaintiffs' Opposition to Motion to Dismiss and for Related Relief*

x☐ Certification in Support of Motion **Accept Plaintiffs' Opposition to Motion to Dismiss and for Related Relief**

  x☐ Statement as to Why No Brief is Necessary

  x☐ Proposed Order Granting Motion **Accept Plaintiffs' Opposition to Motion to Dismiss and for Related Relief**

  x☐ Other *[Enter title of document]* **Plaintiffs' Opposition to Defendant's Motion to Dismiss**

**I certify under penalty of perjury that the above documents were sent using the mode of service indicated.**

**Date: 04/15/2026**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

# ORDER GRANTING ACCEPT PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND FOR RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through 2 is ORDERED.

[Leave the rest of this page blank]

The Court having reviewed the movant's Motion to Accept Plaintiffs' Opposition to Motion to Dismiss and for Related Relief, and any related responses or objections, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs' Opposition to Defendant's Motion to Dismiss is accepted for filing.

3. The Court shall consider Plaintiffs' Opposition in connection with Defendant's Motion to Dismiss.

4. Such other and further relief as the Court deems just and proper is granted.

HON. VINCENT F. PAPALIA
UNITED STATES BANKRUPTCY JUDGE